

Nationwide Recovery Service, Inc.
Post Office Box 8005
Cleveland, TN 37320-8005
(423)559-4174
Fax (423)728-2139

The United States Bankruptcy Court
For the Northern District of Georgia

In re: Sharon Denise Applin

Chapter #13
Case #17-43019

WITHDRAWAL OF PROOF OF CLAIM #4

Kindly mark as withdrawn the Proof of Claim #4, filed by Nationwide Recovery Services, assignee of Harbin Clinic LLC dated 3/3/18. The account number is #0436 The claim was filed for $2683.84. It is withdrawn as it was a duplicate of claim #3.

Respectfully submitted,
this 14 OF March, 2018
/S/ HELEN LEDFORD
BANKRUPTCY CLERK

CERTIFICATE OF SERVICE

I certify that the foregoing paper, along with copies of the documents or pertinent excerpts of the documents evidencing the creation and perfection of the security interest, was serviced electronically on the following on 3/14/2018.

Mary Ida Townson, Trustee

B. Lynn Perry, Attorney for Creditor

I further certify that the foregoing paper was served by mail on the following, at the following addresses, on 3/14/2018.

Harbin Clinic LLC, c/o
Nationwide Recovery Service
P.O. Box 8005
Cleveland, TN 37320-8005